# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

141159

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

ZACHARY SAVAS, DJS DEVELOPMENT
COMPANY, L.L.C., and INTERNET
EDUCATION FUND, L.L.C.,
      Plaintiffs-Appellants,

v

                                     SC: 141159
                                     COA: 288991
                                     Oakland CC: 08-088694-NM

BRADFORD T. YAKER, BRADFORD T.
YAKER, P.C., and NEDELMAN PAWLAK,
P.L.L.C.,
      Defendants-Appellees,

and

HERTZ SCHRAM & SARETSKY, JAFFE &
BERLIN, and JAMES S. JACOBS,
      Defendants.

_____/

      On order of the Court, the application for leave to appeal the April 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

p0920